AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>**KEITH THOMAS** and<br>**LEONARD THOMAS**<br><br>*Defendant(s)* | Case No.   4:20-MJ-125-DDN<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 19, 2020   in the county of   St. Louis County   in the Eastern District of   Missouri  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Christopher R. Wiegner, Special Agent, ATF

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   05/19/2020

/s/   **David D. Noce**

*Judge's signature*

City and state:   St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*